RAFFAELE GALLO, as Administrator, etc., of IDA GALLO, Deceased, Appellant, v. JOHN KNUDSEN, Respondent.— In an action for the interim suffering and death of the plaintiff's intestate, tried before the court without a jury, judgment was rendered in favor of the defendant. Plaintiff appeals. Judgment reversed on the law and the facts and a new trial granted, with costs to abide the event. In our opinion the finding implicit in the court's decision of either freedom from negligence on the part of the defendant or contributory negligence on the part of the plaintiff's intestate, is against the weight of credible evidence. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

NATHAN GOODMAN and MAX GOODMAN, Doing Business as GOODMAN BROS., Plaintiffs, v. W. W. CONSTRUCTION Co., INC., and Another, Defendants. (Action No. 1.) BERNARD ROSENBAUM, Respondent, v. W. W. CONSTRUCTION Co., INC., Appellant, and Others, Defendants. (Action No. 2.) — Two consolidated actions. In Action No. 2, to recover on an assignment of a painting subcontractor's claim against the general building contractor, order granting plaintiff's motion to strike out answer of defendant W. W. Construction Co., Inc., and for summary judgment, order granting reargument and on reargument modifying the aforesaid order, and judgment entered thereon reversed on the law, with ten dollars costs and disbursements, and motion denied, without costs. In addition to the question of the validity of the assignment there are questions of fact to be tried, particularly that as to the ownership of the same fund. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

ROSE A. HEISMAN, Respondent, v. COLUMBIA BEAUTY SHOP, INC., Appellant.— Order denying, conditionally, defendant's motion to dismiss plaintiff's complaint for lack of prosecution affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.